**United States Bankruptcy Court**

**Northern District of Illinois, Western Division**

IN RE:                                                                                      Case No. _____

**Pleasnick, Todd E. & Pleasnick, Jacqueline M.** _____    Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,501.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,501.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**June 29, 2009**_____     _____***/s/ Joseph D. Olsen***_____
Date

                                                    **Joseph D. Olsen 28439**
                                                    **Yalden, Olsen & Willette**
                                                    **1318 E. State St.**
                                                    **Rockford, IL  61104**

                                                    **Jolsenlaw@aol.com**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201 (12/08)

UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

| | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Pleasnick, Todd E. & Pleasnick, Jacqueline M.**
Printed Name(s) of Debtor(s)

**X** */s/ Todd E. Pleasnick*                    6/29/2009
Signature of Debtor                                   Date

Case No. (if known) _____

**X** */s/ Jacqueline M. Pleasnick*              6/29/2009
Signature of Joint Debtor (if any)                   Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Western Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pleasnick, Todd E.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Pleasnick, Jacqueline M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Bush Gardens Two, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba AMP Builders, Inc.** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5733** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4387** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2611 Francis Street**<br>**Belvidere, IL**<br>ZIPCODE **61008** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2611 Francis Street**<br>**Belvidere, IL**<br>ZIPCODE **61008** |
| County of Residence or of the Principal Place of Business:<br>**Boone** | County of Residence or of the Principal Place of Business:<br>**Boone** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.)<br><br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)<br><br>☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11       Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                          Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.       business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pleasnick, Todd E. & Pleasnick, Jacqueline M.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____

    Signature of Attorney for Debtor(s)             Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                         Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Pleasnick, Todd E. & Pleasnick, Jacqueline M.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Todd E. Pleasnick*
Signature of Debtor                                    **Todd E. Pleasnick**

X */s/ Jacqueline M. Pleasnick*
Signature of Joint Debtor                          **Jacqueline M. Pleasnick**

Telephone Number (If not represented by attorney)
**June 29, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

X */s/ Joseph D. Olsen*
Signature of Attorney for Debtor(s)

**Joseph D. Olsen 28439**
**Yalden, Olsen & Willette**
**1318 E. State St.**
**Rockford, IL  61104**

**Jolsenlaw@aol.com**

**June 29, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Northern District of Illinois, Western Division

IN RE:                                                              Case No. _____

**Pleasnick, Todd E.**                                             Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Todd E. Pleasnick** _____

Date: **June 29, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1D (Official Form 1, Exhibit D) (12/08)**

## United States Bankruptcy Court
### Northern District of Illinois, Western Division

IN RE:                                                                                      Case No. _____

**Pleasnick, Jacqueline M.** _____    Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Jacqueline M. Pleasnick*** _____

Date: **June 29, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois, Western Division**

IN RE:                                                      Case No. _____

Pleasnick, Todd E. & Pleasnick, Jacqueline M. _____   Chapter **7** _____
_____Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   460,000.00 | | |
| B - Personal Property | Yes | 3 | $   41,300.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $   553,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $   0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | $   6,624,798.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $   4,587.12 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $   4,629.45 |
| TOTAL | | 47 | $   501,300.00 | $   7,177,798.51 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois, Western Division**

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| Pleasnick, Todd E. & Pleasnick, Jacqueline M. | Chapter **7** _____ |
| Debtor(s) | |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
          Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2534 Franics St., Belvidere, IL (rental) - in foreclosure** | | **J** | **140,000.00** | **155,000.00** |
| **2611 Francis St., Belvidere, IL (residence)** | | **J** | **170,000.00** | **145,000.00** |
| **622 S. State Street (4) unit commercial bldg. (1) bar (3) leases** | | **H** | **150,000.00** | **220,000.00** |
| | | **TOTAL** | **460,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**  Case No. _____

Debtor(s)                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand.** | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - Chase** | J | 200.00 |
| | | **Checking - First American Bank** | J | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **HHGs/furnishings - normal complement** | J | 3,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures - normal complement** | J | 200.00 |
| 6.  Wearing apparel. | | **Wearing apparel - normal complement** | J | 1,000.00 |
| 7.  Furs and jewelry. | | **Jewelry - normal complement** | J | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Sporting/hobby  equipment - normal complement** | J | 300.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **AMP Builders, Inc.** | J | 0.00 |
| | | **Bush Gardens Two, Inc.** | J | 0.00 |
| | | **ERP Builders, Inc.** | J | 0.00 |
| | | **Rivershore Builders, Inc.** | J | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
    <u>Debtor(s)</u>                                                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1971 Plymouth (junk)** | J | **1,000.00** |
| | | **2004 F250** | J | **9,000.00** |
| | | **2005 Explorer** | J | **12,000.00** |
| | | **2007 F350** | J | **14,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                              Case No. _____
_____
Debtor(s)                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.   Animals. | X | | | |
| 32.   Crops - growing or harvested. Give particulars. | X | | | |
| 33.   Farming equipment and implements. | X | | | |
| 34.   Farm supplies, chemicals, and feed. | X | | | |
| 35.   Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **41,300.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                          Case No. _____
                     Debtor(s)                                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **2611 Francis St., Belvidere, IL (residence)** | **735 ILCS 5 §12-901** | 30,000.00 | 170,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand.** | **735 ILCS 5 §12-1001(b)** | 100.00 | 100.00 |
| **Checking - First American Bank** | **735 ILCS 5 §12-1001(b)** | 200.00 | 200.00 |
| **HHGs/furnishings - normal complement** | **735 ILCS 5 §12-1001(b)** | 3,000.00 | 3,000.00 |
| **Books, pictures - normal complement** | **735 ILCS 5 §12-1001(a)** | 200.00 | 200.00 |
| **Wearing apparel - normal complement** | **735 ILCS 5 §12-1001(a)** | 1,000.00 | 1,000.00 |
| **Jewelry - normal complement** | **735 ILCS 5 §12-1001(b)** | 300.00 | 300.00 |
| **Sporting/hobby  equipment - normal complement** | **735 ILCS 5 §12-1001(b)** | 300.00 | 300.00 |
| **2007 F350** | **735 ILCS 5 §12-1001(c)** | 4,800.00 | 14,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Pleasnick, Todd E. & Pleasnick, Jacqueline M.                   Case No. _____
  Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **009420076042**<br><br>**Associated Bank**<br>**1305 Main Street**<br>**Stevens Point, WI  54481** | | H | **Mortgage on 622 S. State St.**<br><br><br>VALUE $ **150,000.00** | | | | **110,000.00** | |
| ACCOUNT NO. **xxxx8926 & 8921**<br><br>**Midwest Bank**<br>**3963 North Perryville Road**<br>**Rockford, IL  61109** | | J | **vehicles (3)**<br><br><br>VALUE $ **35,000.00** | | | | **33,000.00** | |
| ACCOUNT NO.<br><br>**National City Bank**<br>**4615 East State Street**<br>**Rockford, IL  61108** | | J | **2534 Francis - Belvidere, IL**<br><br><br>VALUE $ **140,000.00** | | | | **155,000.00** | **15,000.00** |
| ACCOUNT NO. **141615569**<br><br>**Old Second  Bank**<br>**One Corporate Drive Suite #360**<br>**Lake Zurich, IL  60047-8945** | | J | **Second mortgage on residence**<br><br><br>VALUE $ **170,000.00** | | | | **10,000.00** | |

<u>  **1**  </u> continuation sheets attached

Subtotal
(Total of this page) $ **308,000.00**   $ **15,000.00**

Total
(Use only on last page) $ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
　　　　　　　　Debtor(s)                                                                                         (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **466000089** <br><br>**Old Second Bank** <br>**1810 DeKalb Avenue** <br>**Sycamore, IL 60178** | | J | **home equity loan** <br><br><br>VALUE $ **170,000.00** | | | | **135,000.00** | |
| ACCOUNT NO. <br><br>**Prairie Community Bank** <br>**Attorney Brad Waller** <br>**2045 Aberdeen Ct., Suite A** <br>**Sycamore, IL 60178** | | J | **Mortgage on 622 S. State St. (#08 CH 320)** <br><br>VALUE $ **150,000.00** | | | | **110,000.00** | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **245,000.00**  $

Total
(Use only on last page)  $ **553,000.00**  $ **15,000.00**

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____

_____Debtor(s)_____                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE <u>Pleasnick, Todd E. & Pleasnick, Jacqueline M.</u>                     Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Adel Mobarek**<br>**PO Box 364**<br>**Dixon, IL  61021** | | J | **condo association** | | | | **unknown** |
| ACCOUNT NO. **108705510**<br><br>**ADT Security Services**<br>**PO Box 551200**<br>**Aurora, CO  32255-1200** | | J | **security services** | | | | **900.00** |
| ACCOUNT NO. **01200 108706949**<br><br>**ADT Security Services**<br>**PO Box 371967**<br>**Pittsburgh, PA  15250-7967** | | J | **AMP Builders - 3410 N. Bell School Rd.** | | | | **850.00** |
| ACCOUNT NO. **01200-108706949**<br><br>**ADT Security Services**<br>**PO Box 371967**<br>**Pittsburgh, PA  15250-7967** | | J | | | | | **1,300.00** |

**34** continuation sheets attached

Subtotal
(Total of this page) $ **3,050.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Pleasnick, Todd E. & Pleasnick, Jacqueline M.          Case No. _____

Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx-4206**<br><br>**Advante Bank Corp.**<br>**PO Box 8088**<br>**Philadelphia, PA  19101-8088** | | J | | | | | **2,500.00** |
| ACCOUNT NO. **xxxx-2009**<br><br>**Aegis Receivable**<br>**PO Box 10968**<br>**San Rafaces, CA  94912-0968** | | J | **American Express** | | | | **1,281.00** |
| ACCOUNT NO. **8156330400796**<br><br>**Alliant Law Group**<br>**PO Box 468569**<br>**Atlanta, GA  31146** | | J | **ERP Builders - AT&T account** | | | | **480.00** |
| ACCOUNT NO. **xxxx-81002**<br><br>**American Express**<br>**PO BoX 360001**<br>**Ft. Launderdale, FL  33336-0001** | | J | **varous** | | | | **210.00** |
| ACCOUNT NO. **xxxx-32009**<br><br>**American Express Gold**<br>**Box 001**<br>**Los Angeles, CA  90096** | | J | **various** | | | | **1,300.00** |
| ACCOUNT NO. **xxxx-1006**<br><br>**American Express Gold**<br>**Box 0001**<br>**Los Angeles, CA  90096** | | J | **various - credit card** | | | | **600.00** |
| ACCOUNT NO. **xxxx-31001**<br><br>**American Express Gold**<br>**Box 0001**<br>**Los Angeles, CA  90096** | | J | **American Express** | | | | **1,300.00** |

Sheet no. ____**1**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,671.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx-31001**<br>**American Express Gold**<br>**Box 0001**<br>**Los Angeles, CA  90096** | | J | | | | | **1,300.00** |
| ACCOUNT NO. **ERP Builders**<br>**Andy's Professional Landscaping**<br>**4035 S. Perryville Rd.**<br>**Cherry Valley, IL  61016** | | J | **services for 3410 Bell School Rd.** | | | | **2,160.00** |
| ACCOUNT NO.<br>**Aralberto Martinez**<br>**4484 ?????  Road**<br>**Byron, IL  61010** | | J | **Driveway in Sycamore - subcontractor fees** | | | | **2,500.00** |
| ACCOUNT NO. **05083**<br>**ARC Design Resources, Inc.**<br>**1475 South Perryville Road**<br>**Rockford, IL  61108** | | J | **Riverside townhomes** | | | | **3,333.00** |
| ACCOUNT NO.<br>**Arturg**<br>**C/O Doug Brewer**<br>**10 W. Terra Cotta**<br>**Crystal Lake, IL  60014** | | J | **Third-part citation** | | | | **unknown** |
| ACCOUNT NO. **07 CH 1350**<br>**Associated Bank**<br>**C/O Attorney Matthew Hevrin**<br>**PO Box 1389**<br>**Rockford, IL  61105** | | J | **Judgment** | | | | **2,582,720.00** |
| ACCOUNT NO. **2263116614**<br>**Associated Bank**<br>**PO Box 19006**<br>**Green Bay, WI  54307-9006** | | J | **ERP Builders** | | | | **190.00** |

Sheet no. _____**2**___ of _____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **2,592,203.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
    Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2263115889**<br>**Associated Bank<br>PO Box 19006<br>Green Bay, WI 54307-9006** | | J | ERP Builders | | | | 60.00 |
| ACCOUNT NO.<br>**Attorney Dennise Riley<br>412 W. Washington Street<br>Oregon, IL 61061** | | J | services | | | | 40,000.00 |
| ACCOUNT NO. **#1723**<br>**Attorney Rober Lowe<br>202 W. State St., Suite #110<br>Rockford, IL 61101** | | J | Re: 2534 Francis St. - judgment | | | | 500.00 |
| ACCOUNT NO. **xxxx-4084**<br>**Bank Of America<br>PO Box 15184<br>Wilimington, DE 19850** | | J | various | | | | 11,800.00 |
| ACCOUNT NO. **xxxx-4084**<br>**Bank Of America<br>PO Box 15710<br>Wilimington, DE 19886-5710** | | J | credit card | | | | 11,740.00 |
| ACCOUNT NO. **4435750**<br>**Biehl & Biehl, Inc.<br>PO Box 87410<br>Carol Stream, IL 60188-7410** | | J | | | | | 260.00 |
| ACCOUNT NO.<br>**Big John Portables<br>2508 N. Maryland Rd.<br>Polo, IL 61064** | | J | Rivershore | | | | 600.00 |

Sheet no. _____ **3** of _____ **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **64,960.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**　　　Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bob Schmidt** | | J | **AMP Builders - subcontractor fees** | | | | 2,400.00 |
| ACCOUNT NO. **05-36-104-005**<br>**Boone County Clerk**<br>**601 N. Main St**<br>**Belvidere, IL 61008** | | J | **property taxes on 622 S. State St.** | | | | 4,360.00 |
| ACCOUNT NO. **05-27-381-006**<br>**Boone County Treasurer**<br>**601 North Main St.**<br>**Belvidere, IL 61008** | | J | **property taxes on 2534 Francis St.** | | | | 4,200.00 |
| ACCOUNT NO. **#2263115889**<br>**Buck Law Office**<br>**322 E. Michigan St., 6th Floor**<br>**Milwaukee, WI 53202** | | J | **Associated Bank for ERP Builders** | | | | 60.40 |
| ACCOUNT NO.<br>**Builders Aluminum**<br>**PO Box 498**<br>**Warrenville, IL 60555** | | J | **AMP Builders - subcontractor fees** | | | | 8,608.00 |
| ACCOUNT NO. **15197143081204731**<br>**Cach, LLC**<br>**799 Roosevelt Road, Bldg 6, #316A**<br>**Glen Ellyn, IL 60137** | | J | | | | | **unknown** |
| ACCOUNT NO.<br>**Carpet One**<br>**5952 North Second St.**<br>**Loves Park, IL 61111** | | J | **Rivershore & AMP Builders - subcontractor fees** | | | | 34,315.00 |

Sheet no. ___**4**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 53,943.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**   Case No. _____
_____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **11-3739-5281**<br>**Carson Pirie Scott**<br>**PO Box 17264**<br>**Baltimore, MD  21297-1246** | | J | various - credit card | | | | 540.00 |
| ACCOUNT NO. **0080522912**<br>**Castle Bank**<br>**4520 W. Algonquin Rd.**<br>**Lake In The Hills, IL  60156** | | J | | | | | 1,300.00 |
| ACCOUNT NO.<br>**Cebula Law Offices**<br>**913 South Fourth St., #204**<br>**DeKalb, IL  60115** | | J | property taxes | | | | 2,600.00 |
| ACCOUNT NO.<br>**Central Mutual Insurance**<br>**800 S. Washington**<br>**Vanwest, OH  45891-0351** | | J | Rivershore Bldrs - insurance premiums | | | | 1,820.00 |
| ACCOUNT NO.<br>**Century 21 Country North**<br>**7210 East State Street**<br>**Rockford, IL  61108** | | W | realtor fees | | | | 1,000.00 |
| ACCOUNT NO. **BR48536396**<br>**Century National Insurance**<br>**PO Box 3909**<br>**North Hollywood, CA  91606** | | J | Insurance premiums | | | | unknown |
| ACCOUNT NO.<br>**Chisamore Drywall**<br>**PO Box 311**<br>**Rochelle, IL  61068** | | J | AMP Builders - subcontractor fees | | | | 17,400.00 |

Sheet no. _____ **5** of ____ **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,660.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                     Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **04-117900-05**<br>**City Of Belvidere**<br>**401 Whitney Blvd.**<br>**Belvidere, IL  61008** | | J | **622 S. State St.** | | | | **154.00** |
| ACCOUNT NO.<br>**City Of Dixon**<br>**PO Box 386**<br>**Dixon, IL  61021** | | J | **Rivershore Bldr.** | | | | **unknown** |
| ACCOUNT NO. **090135600**<br>**City Of Rockford**<br>**Payment Center**<br>**PO Box 1221**<br>**Rockford, IL  61105-1221** | | J | **3410 N. Bell Sschool Rd. - ERP Builders** | | | | **141.00** |
| ACCOUNT NO. **12-11-201-003**<br>**City Of Rockford**<br>**Payment Center**<br>**PO Box 1221**<br>**Rockford, IL  61105-1221** | | J | **3410 N. Bell School Road - mowing (weed enforcement)** | | | | **801.50** |
| ACCOUNT NO.<br>**City Of Rockford**<br>**False Alarm Center**<br>**425 E. State St.**<br>**Rockford, IL  61104** | | J | **permit #978511 for 3410 N. Bell School Rd.** | | | | **300.00** |
| ACCOUNT NO.<br>**City Of Rockford**<br>**Engineering Services**<br>**3333 Kishwaukee St.**<br>**Rockford, IL  61126** | | J | **Permit fees - AMP Builders - 1948 Gateway Center - ERP - 3410 N. Bell School Rd.** | | | | **0.00** |
| ACCOUNT NO. **153-28400-00**<br>**City Of Sycamore**<br>**202 E. Page St.**<br>**Sycamore, IL  60178** | | J | **water bill** | | | | **500.00** |

Sheet no. ____**6**__ of ___**34**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $  **1,896.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **53-30400-00**<br>**City Of Sycamore**<br>**202 E. Page St.**<br>**Sycamore, IL  60178** | | J | | | | | **500.00** |
| ACCOUNT NO. **2070127063**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | **3402 N. Bell School Rd. - ERP Bldrs** | | | | **230.00** |
| ACCOUNT NO. **5125027013**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | **3404 N. Bell School Rd. - ERP Builders** | | | | **290.00** |
| ACCOUNT NO. **5268087015**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | **3406 N. Bell School Rd - ERP Builders** | | | | **230.00** |
| ACCOUNT NO. **0699096074**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | **3410 N. Bell School Rd. - ERP Builders** | | | | **602.00** |
| ACCOUNT NO. **0139108160**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | **3412 N. Bell School Rd. - ERP Builders** | | | | **1,200.00** |
| ACCOUNT NO. **1259024015**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | **3414 N. Bell School Rd. - ERP Builders** | | | | **275.00** |

Sheet no. _____**7**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,327.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**              Case No. _____
　　　　　　　　Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0147139115**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | **3416 N. Bell School Rd. - ERP Builders** | | | | 1,800.00 |
| ACCOUNT NO. **3139030053**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | | | | | 540.00 |
| ACCOUNT NO. **1628054018**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | | | | | 3,500.00 |
| ACCOUNT NO. **1784100019**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | | | | | 185.00 |
| ACCOUNT NO. **1427015013**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | | | | | 4,000.00 |
| ACCOUNT NO. **1203092071**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | | | | | 800.00 |
| ACCOUNT NO. **0388030037**<br>**ComEd**<br>**PO Box 61111**<br>**Carol Stream, IL  60197** | | J | | | | | 800.00 |

Sheet no. ___**8**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **11,625.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0172052023** <br> **ComEd** <br> **PO Box 61111** <br> **Carol Stream, IL 60197** | | J | | | | | **800.00** |
| ACCOUNT NO. **2989282020** <br> **ComEd** <br> **PO Box 61111** <br> **Carol Stream, IL 60197** | | J | **622 S. State** | | | | **1,232.00** |
| ACCOUNT NO. **CP 0006220** <br> **Constitutional Casualty** <br> **5559 North Elston Ave.** <br> **Chicago, IL 60630** | | J | **Bush Gardens** | | | | **unknown** |
| ACCOUNT NO. **08 021067839** <br> **Credit Collection** <br> **Tweo Wells Avenue, Dept. 9136** <br> **Newton, MA 02459** | | J | **ERP Bldr. - electric** | | | | **1,800.00** |
| ACCOUNT NO. **08 0210 34373** <br> **Credit Collection** <br> **Tweo Wells Avenue, Dept. 9136** <br> **Newton, MA 02459** | | J | **ERP Bldrs - electric bill** | | | | **1,002.00** |
| ACCOUNT NO. <br> **Creditor Protection Agency** <br> **13355 Noel Road** <br> **Dallas, TX 75240** | | J | **Comcast** | | | | **60.39** |
| ACCOUNT NO. **11155** <br> **Culligan Of Belvidere** <br> **PO Box 528** <br> **Dixon, IL 61021-0528** | | J | | | | | **25.95** |

Sheet no. _____**9**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,920.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
                                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Property Taxes** <br><br>**DeKalb County Collector**<br>**110 E. Sycamore**<br>**Sycamore, IL  60178** | | J | **AMP Builders/townhomes of Townsend Woods** | | | | **unknown** |
| ACCOUNT NO. <br><br>**DeKalb Mechanical**<br>**339 Worlitzer Drive**<br>**DeKalb, IL  60115** | | J | **AMP & Rivershore Builders - subcontractor fees** | | | | **40,000.00** |
| ACCOUNT NO. **14492** <br><br>**Dimal Premium**<br>**PO Box 32199**<br>**Chicago, IL  60632** | | J | **insurance on bldg.** | | | | **5,000.00** |
| ACCOUNT NO. <br><br>**Dimal Premium**<br>**PO Box 32199**<br>**Chicago, IL  60632** | | J | **premiums** | | | | **0.00** |
| ACCOUNT NO. **xxxx-7118** <br><br>**Direct Merchants Bank**<br>**PO Box 17313**<br>**Baltimore, MD  21297-1313** | | J | **various - credit card** | | | | **7,040.00** |
| ACCOUNT NO. **5458 0045 0817** <br><br>**Direct Merchants Bank**<br>**PO Box 17313**<br>**Baltimore, MD  21297-1313** | | J | | | | | **8,000.00** |
| ACCOUNT NO. **xxxx-7369** <br><br>**Disney Rewards**<br>**Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | | J | **various** | | | | **1,800.00** |

Sheet no. ___**10**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **61,840.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dixon Alea Chamber Of Commerce**<br>**101 West Second Street**<br>**Dixon, IL  61021** | | J | Chamber event - Rivershore | | | | 200.00 |
| ACCOUNT NO.<br>**Doty & Sons**<br>**1275 E. State Street**<br>**Sycamore, IL  60178** | | J | AMP - subcontractor fees | | | | 1,280.00 |
| ACCOUNT NO. **xxxx-1338**<br>**E Morge**<br>**Payment Processing**<br>**PO Box 1245**<br>**Newark, NJ  07101-1249** | | J | various | | | | 5,000.00 |
| ACCOUNT NO. **xxxx-1338**<br>**Emerge Visa**<br>**PO Box 105555**<br>**Atlanta, GA  30348-5555** | | J | various | | | | 4,650.00 |
| ACCOUNT NO. **4177099**<br>**Encore Management**<br>**PO Box 3330**<br>**Olgthe, KS  66063-3330** | | J | Walmart (GE Money Bank) | | | | 300.00 |
| ACCOUNT NO. **xxxx-4123**<br>**Encore Receivable**<br>**400 North Rogers Road**<br>**PO Box 3330**<br>**Olathe, KS  66063-3330** | | J | AMP Builders | | | | 11,550.00 |
| ACCOUNT NO.<br>**Engle & Swinson Concrete**<br>**16134 Melms Road**<br>**Marengo, IL  60152** | | J | AMP Builders & Rivershore Builders | | | | 15,000.00 |

Sheet no. ___**11**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 37,980.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
                              Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Engle & Swinson Concrete**<br>**16134 Melms Road**<br>**Marengo, IL  60152** | | J | Rivershore - subcontractor fees | | | | 15,000.00 |
| ACCOUNT NO. **R-90876917**<br>**ERS Solutions, Inc.**<br>**PO Box 9004**<br>**Renton, WA  98057-9004** | | J | | | | | 290.00 |
| ACCOUNT NO. **R-91000485**<br>**ERS Solutions, Inc.**<br>**PO Box 9004**<br>**Renton, WA  98057-9004** | | J | | | | | 230.00 |
| ACCOUNT NO. **xxxx-9873**<br>**Fashion Bug**<br>**PO Box 319**<br>**Milford, OH  45150-0319** | | J | various | | | | 420.00 |
| ACCOUNT NO. **xxxx-4084**<br>**FIA Card Services**<br>**PO Box 22031**<br>**Greensboro, NC  27420** | | J | various - credit card | | | | 11,800.00 |
| ACCOUNT NO. **xxxx-1002**<br>**First Source Advantage**<br>**PO Box 628**<br>**Buffalo, NY  14240-0628** | | J | American Express | | | | 205.00 |
| ACCOUNT NO. **L11401249**<br>**Ford Credit**<br>**PO Box 689007**<br>**Franklin, TX  37068** | | J | | | | | 4,550.00 |

Sheet no. ____**12**__ of ____**34**__ continuation sheets attached to          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page) | $ | 32,495.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.** _____ Case No. _____
   Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Frank Neubauer & Co.** <br> 1020 N. Milwaukee Ave., #117 <br> Deerfield, IL 60015 | | J | | | | | 3,000.00 |
| ACCOUNT NO. <br> **Frank Tabor** <br> C/O Tony Ragano <br> PO Box 397 <br> Bloomingdale, IL 60108 | | J | deposit on Dixon property | | | | 3,000.00 |
| ACCOUNT NO. **xxxx-7222** <br> **G.E. Money Bank** <br> PO Box 103104 <br> Atlanta, GA 30076 | | J | various - Walmart | | | | 300.00 |
| ACCOUNT NO. **xxxx-4698** <br> **GE Money Bank** <br> PO Box 103104 <br> Roswell, GA 30076 | | J | JC Penney - credit card | | | | 0.00 |
| ACCOUNT NO. **771-4110322424623** <br> **Gem Blasmis Club** <br> PO Box 981400 <br> El Paso, TX 79998 | | J | various | | | | 100.00 |
| ACCOUNT NO. <br> **George Weber** <br> 1218 Rose <br> Sycamore, IL 60178 | | J | Hoeowner i Sycamore Subdivision | | | | 0.00 |
| ACCOUNT NO. <br> **Global Plumbing** <br> C/O Holly Roach <br> 1066 Rose Drive <br> Sycamore, IL 60178 | | J | Dixon property/Rivershore Builders | | | | 35,000.00 |

Sheet no. ___13___ of ___34___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,400.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Pleasnick, Todd E. & Pleasnick, Jacqueline M.</u>                    Case No. _____
                Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Rivershore Bldrs**<br>**Global Plumbing**<br>**IN 369 Schrader Road**<br>**Maple Park, IL  60151** | | J | **Bldg. 4 - Dixon, IL** | | | | 11,736.00 |
| ACCOUNT NO. **024-9100-72903**<br>**GMAC**<br>**PO Box 78369**<br>**Phoenix, AZ  85062-8369** | | J | **Hummer H3 - final amount due** | | | | 3,384.00 |
| ACCOUNT NO. **475060001**<br>**Gordon Food Service**<br>**PO Box 1320**<br>**Grand Rapids, MI  49501-1320** | | J | **food** | | | | 400.00 |
| ACCOUNT NO.<br>**Hart Excavation**<br>**7388 South Locust Road**<br>**Rochelle, IL  61068** | | J | **excavation work - Rivershore & AMP Builders** | | | | 35,000.00 |
| ACCOUNT NO.<br>**Hausman Kunkel Ins.**<br>**40 South Prospect**<br>**Roselle, IL  60172** | | J | **Insurance premiums re: AMP, ERP, Rivershore Bldrs and 622 South State St.** | | | | **unknown** |
| ACCOUNT NO.<br>**Heavner, Scott, Beyer Et Al.**<br>**PO Box 740**<br>**Decatur, IL  62525** | | J | | | | | 0.00 |
| ACCOUNT NO. **xxxx-9304**<br>**Home Depot Silver Card**<br>**PO Box 6029**<br>**The Lakes, NV  88901-6029** | | J | **various - credit card** | | | | 100.00 |

Sheet no. <u>14</u> of <u>34</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
              (Total of this page)   $ **50,620.00**

                             Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**      Case No. _____
                                 Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Horizon Consulting Group**<br>**44W540 Keslinger Road**<br>**Elburn, IL 60119** | | J | Consulting services - Townsed Woods (Sycamore, IL) Townhomes of Rivershore (Dixon, IL) | | | | 25,000.00 |
| **ACCOUNT NO. 1137395281**<br><br>**HSBC**<br>**C/O Sherman Originator, LLC**<br>**PO Box 10491**<br>**Greenville, SC 29603** | | J | Carson Pirie Scott | | | | 540.00 |
| **ACCOUNT NO. 1137395281**<br><br>**HSBC**<br>**PO Box 5244**<br>**Carol Stream, IL 60197-5244** | | J | Carsons | | | | 540.00 |
| **ACCOUNT NO. xxxx-5884**<br><br>**HSBC Bank**<br>**PO Box 80053**<br>**Salinas, CA 93912-0053** | | J | various | | | | 1,050.00 |
| **ACCOUNT NO. xxxx-2889**<br><br>**HSBC Card Services**<br>**PO Box 37281**<br>**Baltimore, MD 21297-3281** | | J | various | | | | unknown |
| **ACCOUNT NO. x 8495 304-Sn-ST-740-999**<br><br>**I.C. Sytems, Inc.**<br>**444 Highway 96 East**<br>**St. Paul, MN 55164-0437** | | J | AT&T | | | | 480.00 |
| **ACCOUNT NO.**<br><br>**Illinois Environmental Protection Agency**<br>**1021 N. Grand Avenue**<br>**Springfield, IL 62794-9276** | | J | permit re: AMP Bldrs. | | | | 502.00 |

Sheet no. __**15**__ of __**34**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 28,112.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                              Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **27373009080-02**<br>**Insight**<br>**PO Box 740273**<br>**Cincinnati, OH 45294-0273** | | J | services | | | | 90.00 |
| ACCOUNT NO. **AMP Builders**<br>**J&S Lanware**<br>**13800 South State - Route 23**<br>**Waterman, IL 60556** | | J | sub-contractors fees | | | | 6,715.00 |
| ACCOUNT NO.<br>**Jan Mansfield**<br>**7210 E. State Street**<br>**Rockford, IL 61108** | | J | loan for down payment on Rockford property | | | | 600,000.00 |
| ACCOUNT NO. **148-592-469-8-1**<br>**JC Penney**<br>**PO Box 981131**<br>**El Paso, TX 79998** | | J | various | | | | 300.00 |
| ACCOUNT NO.<br>**JD Insulation**<br>**2601 Pleasantview Avenue**<br>**Rockford, IL 61108** | | J | AMP Builders - subcontractor fees | | | | 16,480.00 |
| ACCOUNT NO.<br>**Jeff And Kim Hensley**<br>**29790 Oak Drive**<br>**Genoa, IL** | | J | deposit | | | | 6,000.00 |
| ACCOUNT NO.<br>**Jennifer Stevens**<br>**C/O Attorney Russell Luchtenburg**<br>**130 S. State St., #308**<br>**Belvidere, IL 61008** | | J | Bush Gardens - balance of contract | | | | 121,540.00 |

Sheet no. ___**16**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **751,125.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                          Case No. _____
         Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>John Lynch, P.C.<br>801 Warrenville Road, Suite #560<br>Lisle, IL 60532 | | J | Attorneys fees re: AMP Builders, ERP Builders, Rivers Home Builders, Inc. and 622 S. State St. partnership | | | | **unknown** |
| ACCOUNT NO. **2015 & 2014**<br>John Lynch, P.C.<br>801 Warrenville Road, Suite #560<br>Lisle, IL 60532 | | J | attorneys fees | | | | **25,000.00** |
| ACCOUNT NO.<br>John Neal<br>30 Northwoods Blvd., #1005<br>Columbus, OH 43235-4716 | | J | | | | | **9,000.00** |
| ACCOUNT NO.<br>Judy Brandt<br>1712 Popiar Avenue<br>Hanover Park, IL 60133 | | J | deposit | | | | **15,000.00** |
| ACCOUNT NO.<br>Kelly Forest<br>1960 River Drive<br>Sycamore, IL 60178 | | J | AMP Builders - subcontractor fees | | | | **14,514.00** |
| ACCOUNT NO.<br>Ken Beck<br>1200 Pennsylvania<br>Medota, IL 61342 | | J | deposit | | | | **6,000.00** |
| ACCOUNT NO.<br>Kishwaukee Door<br>PO Box 226A<br>Malta, IL 60150 | | J | AMP Builders - subcontractor fees | | | | **4,800.00** |

Sheet no. **17** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **74,314.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **????**<br>**Kohl's**<br>**PO Box 3004**<br>**Milwaukee, WI  53201-3004** | | J | need acct # & amt. | | | | **0.00** |
| ACCOUNT NO. **1127 Alexandria Dr.**<br>**Kristi Stoll**<br>**1127 Alexandria Dr.**<br>**Sycamore, IL  60178** | | J | AP Bldrs - sycamore job | | | | **15,000.00** |
| ACCOUNT NO. **AMP Bldrs**<br>**Lamar Advertising**<br>**5551 Corporate Blvd.**<br>**Baton Rouge, LA  70808** | | J | Poster contract 1/11/07 | | | | **12,650.00** |
| ACCOUNT NO.<br>**Lamar Corporation**<br>**5101 U.S. Highway 51 South**<br>**Janesville, WI  53546-8934** | | J | AMP & ERP Builders - advertising costs (#08 AR 102) | | | | **15,815.00** |
| ACCOUNT NO.<br>**Lamar Corporation**<br>**5101 U.S. Highway 51 South**<br>**Janesville, WI  53546-8934** | | J | sign advertising - AMP & ERP Builders | | | | **10,815.00** |
| ACCOUNT NO. **929-006-207**<br>**Lane Bryant**<br>**PO Box 659728**<br>**San Antonio, TX  78265-9728** | | J | various | | | | **unknown** |
| ACCOUNT NO.<br>**Laurie Dougherty**<br>**1190 Rose Drive**<br>**Sycamore, IL  60178** | | J | | | | | **unknown** |

Sheet no. ___**18**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **54,280.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                  Case No. _____

 _____Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **49039685719**<br>**Law Office Of Mitchell N. Kay**<br>**205 W. Randolp St., #920**<br>**Chicago, IL  60606** | | J | Macy's | | | | **703.00** |
| ACCOUNT NO. **819-2314-073523-6**<br>**Lowe's**<br>**PO Box 5301914**<br>**Atlanta, GA  30353-0914** | | J | various | | | | **unknown** |
| ACCOUNT NO. **xxxx-4123**<br>**Lowes Business Account**<br>**PO Boxx 530970**<br>**Atlanta, GA  30353** | | J | | | | | **15,000.00** |
| ACCOUNT NO.<br>**M&M Gutters**<br>**1352 Everett**<br>**Sycamore, IL  60178** | | J | AMP Builders - subcontractor fees | | | | **2,442.00** |
| ACCOUNT NO. **BU9998**<br>**MACCARB**<br>**4616 W. Main Street**<br>**West Dundee, IL  60118** | | J | | | | | **90.00** |
| ACCOUNT NO. **xxxx-838-0**<br>**Macy's**<br>**PO Box 689195**<br>**Des Moines, IA  50368-9195** | | J | various | | | | **350.00** |
| ACCOUNT NO. **49039-685-719-0**<br>**Macy's**<br>**PO Box 6938**<br>**The Lakes, NV  88901-6938** | | J | various - Macy's | | | | **702.00** |

Sheet no. ___**19**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **19,287.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Pleasnick, Todd E. & Pleasnick, Jacqueline M.</u>                              Case No. _____
                               Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Markell Construction**<br>**315 W. Franklin Street**<br>**Rockton, IL  61072** | | J | **ERP & AMP Bldrs - subcontractor fees** | | | | 2,460.00 |
| ACCOUNT NO. **300475**<br>**MDC Environmental Services**<br>**1050 Greenlee Street**<br>**Marengo, IL  60152** | | J | **services for garbage** | | | | 175.00 |
| ACCOUNT NO.<br>**Meyer Paving** | | J | **AMP Builders - judgment #08 CH 1187 (DeKalb County) - paving costs** | | | | 5,915.00 |
| ACCOUNT NO.<br>**Michelle Davis**<br>**1210 Rose Drive**<br>**Sycamore, IL  60178** | | J | **Home in Sycamore Subdvision** | | | | 0.00 |
| ACCOUNT NO. **18384 & 18028**<br>**Midwest Community Bank**<br>**PO Box 689**<br>**Freeport, IL  61032** | | J | **Rivershore builders** | | | | 2,296,507.00 |
| ACCOUNT NO. **BUGA01**<br>**Miller Engineering Co.**<br>**1616 S. Main St.**<br>**Rockford, IL  61102** | | J | **repairs** | | | | 1,900.00 |
| ACCOUNT NO.<br>**Mr. And Mrs. Scott Prutton**<br>**1221 Alexandria Dr.**<br>**Sycamore, IL  60178** | | J | **plus attorneys fees (property taxes)** | | | | 1,950.00 |

Sheet no. ____**20**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **2,308,907.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **L043490622** <br><br> **Mutual Management Services** <br> **PO Box 4777** <br> **Rockford, IL 61110** | | J | Medical - Swedish American Hospital | | | | 150.00 |
| ACCOUNT NO. <br><br> **National City Bank** <br> **C/O Weltman, Weinberg & Reis Co.** <br> **180 North LaSalle St., #2400** <br> **Chicago, IL 60601** | | J | | | | | 24,400.00 |
| ACCOUNT NO. **xxxx2009** <br><br> **NCI** <br> **2015 Vaughn Road, Suite #400** <br> **Kennesaw, GA 30114-7802** | | J | American Express | | | | 1,300.00 |
| ACCOUNT NO. **xxxx-1002** <br><br> **NCI Nationwide Credit** <br> **PO Box 740640** <br> **Atlanta, GA 30374-0640** | | J | various - credit card | | | | 220.00 |
| ACCOUNT NO. **437239658** <br><br> **NCo Financial Systems** <br> **PO Box 15889** <br> **Wilmington, DE 19850-5899** | | J | | | | | 460.00 |
| ACCOUNT NO. **IR50E5** <br><br> **NCU Financial Systems** <br> **PO Box 15740** <br> **Wilmington, DE 19850-5740** | | J | NiCor - 3416 N. Bell School Rd. | | | | 1,015.00 |
| ACCOUNT NO. <br><br> **Nicholas & Roseann Panzica** <br> **815 Bruce Robert Lane** <br> **Hampshire, IL 60140** | | J | loan | | | | 60,000.00 |

Sheet no. ___**21**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 87,545.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____

_____
Debtor(s)                                                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **27-00-83-6093-8**<br>**NiCor**<br>**Aurora, IL  60507** | | J | **services at Bush Gardens - 622 S. State St.** | | | | **700.00** |
| ACCOUNT NO. **65-22-53-15830**<br>**NiCor**<br>**Aurora, IL  60507** | | J | **ERP Builders - 3402 N. Bell School Rd.** | | | | **550.00** |
| ACCOUNT NO. **47-76-41-7348-1**<br>**NiCor**<br>**Aurora, IL  60507** | | J | **ERP Builders - 3404 N. Bell School Rd** | | | | **412.00** |
| ACCOUNT NO. **45-01-97-8985-3**<br>**NiCor**<br>**Aurora, IL  60507** | | J | **ERP Builders - 3406 Bell School Rd.** | | | | **4,480.00** |
| ACCOUNT NO. **43-57-23-8155-6**<br>**NiCor**<br>**Aurora, IL  60507** | | J | **ERP Builderse - 3410 N. Bell School Rd.** | | | | **550.00** |
| ACCOUNT NO. **60-43-64-7226-4**<br>**NiCor**<br>**Aurora, IL  60507** | | J | **ERP Builders - 3412 N. Bell School Rd.** | | | | **3,380.00** |
| ACCOUNT NO. **67-87-88-6619-2**<br>**NiCor**<br>**Aurora, IL  60507** | | J | **3414 N. Bell School Rd.** | | | | **710.00** |

Sheet no. ___**22**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,782.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **83-01-25-7115-0**<br>**NiCor**<br>**Aurora, IL  60507** | | J | 3416 N. Bell School Rd. ERP Builders | | | | 1,015.00 |
| ACCOUNT NO. **58-18-77-9046-2**<br>**NiCor**<br>**Aurora, IL  60507** | | J | 3418 N. Bell School Rd. | | | | 1,070.00 |
| ACCOUNT NO. **06-15-46-8292-3**<br>**NiCor**<br>**Aurora, IL  60507** | | J | 1717 River St. | | | | 500.00 |
| ACCOUNT NO. **79-63-37-5173-4**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | 1,800.00 |
| ACCOUNT NO. **0615468292**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | 1,500.00 |
| ACCOUNT NO. **55-21-24-5321-5**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | 1,500.00 |
| ACCOUNT NO. **43-41-05-7911-4**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | 500.00 |

Sheet no. ____**23**____ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,885.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | 4,000.00 |
| ACCOUNT NO. **06-15-46-8292-3** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | 1,800.00 |
| ACCOUNT NO. **44-52-62-21575** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | 700.00 |
| ACCOUNT NO. **24-88-42-7854-0** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | 1,000.00 |
| ACCOUNT NO. **19-46-56-8544-4** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | 500.00 |
| ACCOUNT NO. **94-09-31-72495** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | 12,000.00 |
| ACCOUNT NO. **43-71-68-10460** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | 1,800.00 |

Sheet no. ____**24**____ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 21,800.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**          Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **20-90-44-87202** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | **5,500.00** |
| ACCOUNT NO. **94-94-88-5482-6** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | **500.00** |
| ACCOUNT NO. **89-97-53-11641** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | **500.00** |
| ACCOUNT NO. **88-42-40-83520** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | **500.00** |
| ACCOUNT NO. **88-42-40-83520** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | **500.00** |
| ACCOUNT NO. **32-00-66-43764** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | **800.00** |
| ACCOUNT NO. **67-04-22-49465** <br> **NiCor** <br> **Aurora, IL  60507** | | J | | | | | **800.00** |

Sheet no. ____**25**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,100.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
                            Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **06-15-46-82923**<br>**NiCor**<br>**Aurora, IL  60507** | | J | **1725 river St. Dixon** | | | | **176.00** |
| ACCOUNT NO. **06-15-46-82923**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | **1,645.00** |
| ACCOUNT NO. **86-91-45-3905-0**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | **350.00** |
| ACCOUNT NO. **80-71-14-8761-3**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | **400.00** |
| ACCOUNT NO. **80-32-29-3483-9**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | **300.00** |
| ACCOUNT NO. **42-94-77-78843**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | **350.00** |
| ACCOUNT NO. **15-03-36-6481-2**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | **350.00** |

Sheet no. ___**26**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                       (Total of this page)   $ **3,571.00**

                                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **47-76-41-7348-1**<br>**NiCor**<br>**Aurora, IL  60507** | | J | | | | | **550.00** |
| ACCOUNT NO. **30321292507**<br>**North Shore Agency, Inc.**<br>**270 Spagroli Road< Suite #11**<br>**Melville, NY  11747-3515** | | J | **Publishers Clearing House** | | | | **30.00** |
| ACCOUNT NO. **30321292587**<br>**North Shore Agency, Inc.**<br>**270 Spagroli Road< Suite #11**<br>**Melville, NY  11747-3515** | | J | **Publishers Clearhouse** | | | | **30.00** |
| ACCOUNT NO. **30321292587**<br>**North Shore Agency, Inc.**<br>**270 Spagroli Road< Suite #11**<br>**Melville, NY  11747-3515** | | J | | | | | **29.45** |
| ACCOUNT NO. **1983397**<br>**Omni Credit Services**<br>**PO Box 23381**<br>**Tampa, FL  33623** | | J | **credit cards (DSNB/Macy's)** | | | | **500.00** |
| ACCOUNT NO. **1077 Alexandria Dr.**<br>**Patricia Kizzo**<br>**61 Marion Lane**<br>**Streamwood, IL** | | J | **deposit** | | | | **5,000.00** |
| ACCOUNT NO. **21773**<br>**Pediatric Associates Of Rockford**<br>**PO Box 1555**<br>**Rockford, IL  61110** | | J | **medical** | | | | **10.00** |

Sheet no. ___**27**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,149.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**      Case No. _____
                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **AMP Builders**<br>**Pierce Laminated Products, Inc.**<br>**2430 North Court Street**<br>**Rockford, IL  61103** | | J | River St., Dixon, IL | | | | 2,500.00 |
| ACCOUNT NO. **49039685719**<br>**Plaza Associates**<br>**PO Box 2769**<br>**New York, NY  10116-2769** | | J | Macy's Dept. Store | | | | 705.00 |
| ACCOUNT NO. **xxxx-9304**<br>**Proconsulting Services, Inc.**<br>**Collections Division**<br>**PO Box 66768**<br>**Houston, TX  77266-6768** | | J | various - Home Depot | | | | 100.00 |
| ACCOUNT NO. **06-28-301-121**<br>**Realtax Developers, Ltd.**<br>**PO Box 3021**<br>**Peoria, IL  61612-3021** | | J | real estate taxes. | | | | 6,200.00 |
| ACCOUNT NO.<br>**Rebecca Doty**<br>**1275 E. State St.**<br>**Sycamore, IL  60178** | | J | deposit on Sycamore property | | | | 6,000.00 |
| ACCOUNT NO. **AMP BldrsS**<br>**Rebecca Doty**<br>**1574 Fairway Drive, #102**<br>**Naperville, IL  60563** | | J | Deposit on 1188 Rose Dr. | | | | 5,000.00 |
| ACCOUNT NO.<br>**Robert Beringer**<br>**1215 Alexandria**<br>**Sycamore, IL  60178** | | J | | | | | **unknown** |

Sheet no. __**28**__ of __**34**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20,505.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5782**<br>**Rochelle Disposal**<br>**PO Box 268**<br>**Rochelle, IL  61068** | | J | **ERP townhomes of Riverside** | | | | **2,000.00** |
| ACCOUNT NO. **6186**<br>**Rochelle Disposal**<br>**PO Box 268**<br>**Rochelle, IL  61068** | | J | | | | | **3,500.00** |
| ACCOUNT NO.<br>**Rock River Ready Mix**<br>**PO Box 384**<br>**Dixon, IL  61021-0384** | | J | **Concrete for Dixon property re: Rivershore** | | | | **2,500.00** |
| ACCOUNT NO.<br>**Rock River Ready Mix**<br>**PO Box 384**<br>**Dixon, IL  61021-0384** | | J | **Rivershore Bldrs.** | | | | **2,500.00** |
| ACCOUNT NO. **090130000 & 090135600**<br>**Rock River Water**<br>**3333 Kishwwaukee St.**<br>**Rockford, IL  61126** | | J | **water bills** | | | | **unknown** |
| ACCOUNT NO. **030433**<br>**Rockford Register Star**<br>**99 E. State St.**<br>**Rockford, IL  61104** | | J | **ERP Builders** | | | | **250.00** |
| ACCOUNT NO.<br>**Roland Plumbing**<br>**28135 Brickville Road**<br>**Sycamore, IL  60178** | | J | **AMP & ERP Builders - subcontractors** | | | | **22,584.00** |

Sheet no. ___**29**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **33,334.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                Case No. _____
_____
                Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Meyer Paving**<br>**Roman Seckel**<br>**Drexdel & Drexdel**<br>**201 Houston St., #300**<br>**Batavia, IL  60510** | | J | | | | | 5,915.00 |
| ACCOUNT NO.<br>**Royer Asphalt**<br>**2918 Greenwood Acres Drive**<br>**DeKalb, IL  60115** | | J | **AMP Builders - subcontractor fees** | | | | 2,040.00 |
| ACCOUNT NO. **80522912**<br>**RRCA**<br>**201 East 3rd Street**<br>**Sterling, IL  61081** | | J | | | | | 1,218.82 |
| ACCOUNT NO. **676895-5**<br>**RSS Financial**<br>**PO Box 2149**<br>**Addison, TX  75001-2149** | | J | | | | | 2,500.00 |
| ACCOUNT NO.<br>**S.W. Roofing & Construction**<br>**25330 Five Points Road**<br>**Sycamore, IL  60178** | | J | **AMP Builders - subcontractors fees** | | | | 14,903.00 |
| ACCOUNT NO. **Bond #6435-205-0000**<br>**Safco Insurance Company Of America**<br>**PO Box 11223**<br>**Tacoma, WA  98411-0223** | | J | **ERP & Rivershore Builders** | | | | 75.00 |
| ACCOUNT NO. **xxxx-4828**<br>**Sam's Club-Discover**<br>**PO Box 960013**<br>**Orlando, FL  32896-0013** | | J | **various** | | | | 3,850.00 |

Sheet no. ____**30**__ of __**34**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        $ **30,501.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Pleasnick, Todd E. & Pleasnick, Jacqueline M.</u>                    Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **T002237**<br>**Sanimax**<br>**PO Box 10067**<br>**Green Bay, WI  54307-0067** | | J | | | | | 106.00 |
| ACCOUNT NO.<br>**Scott And Sheri Prution**<br>**1221 Alexandria**<br>**Sycamore, IL  60178** | | J | Property taxes | | | | 0.00 |
| ACCOUNT NO. **07641521**<br>**SKO Brenner American**<br>**PO Box 9320**<br>**Baldwin, NY  11510** | | J | ADT | | | | 1,500.00 |
| ACCOUNT NO.<br>**Solomon & Solomon**<br>**Columbia Circle**<br>**Box 15019**<br>**Albany, NY  12212-5019** | | J | | | | | 850.00 |
| ACCOUNT NO.<br>**Stock Lumber**<br>**13578 Collection Center Drive**<br>**Chicago, IL  60693** | | J | ERP & AMP Builders, Rivershore - subcontractor fees | | | | 39,580.00 |
| ACCOUNT NO. **1013023**<br>**Supra**<br>**4001 Fairview Industrial Dr.**<br>**Salem, OR  93702** | | J | lockbox | | | | 200.00 |
| ACCOUNT NO. **#08 SC 425**<br>**Target National Bank**<br>**C/O Freedman & Anselmo**<br>**PO Box 3228**<br>**Naperville, IL  60566** | | J | judgment | | | | 4,820.00 |

Sheet no. ___**31**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 47,056.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Terry And Pam Finkle**<br>**1327 Garden Court**<br>**Batavia, IL 60510** | | J | deposit on unit in Dixon, IL - 1525 Neptone Cove - Rivershore Builders | | | | 3,000.00 |
| ACCOUNT NO.<br>**TNT Painting**<br>**1304 10th Avenue**<br>**Belvidere, IL 61008** | | J | AMP Builders/Rivershore Bldrs - subcontractor fees | | | | 14,910.00 |
| ACCOUNT NO.<br>**Tony Ragano**<br>**PO Box 397**<br>**Bloomingdale, IL 60108** | | J | deposit on unit in Dixon subdivision - Bldg 7, Unit 1R | | | | 6,000.00 |
| ACCOUNT NO.<br>**Tony Ragano**<br>**PO Box 397**<br>**Bloomingdale, IL 60108** | | J | business loan | | | | 50,000.00 |
| ACCOUNT NO.<br>**Top Shelf Custom Closets**<br>**306 N. Alpine Road**<br>**Rockford, IL 61107** | | J | AMP Builders - subcontractor fees | | | | 3,026.00 |
| ACCOUNT NO. 0887605<br>**Turano Baking Co.**<br>**36749 Eagle Way**<br>**Chicago, IL 60678-1367** | | J | services | | | | 65.00 |
| ACCOUNT NO. 17042<br>**United Sanitation**<br>**6862 Belford Industrial Avenue**<br>**Belvidere, IL 61008** | | J | ERP Builders | | | | 65.00 |

Sheet no. **32** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 77,066.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Pleasnick, Todd E. & Pleasnick, Jacqueline M.</u>                   Case No. _____
        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **United Sanitation** <br> **6862 Belford Industrial Avenue** <br> **Belvidere, IL  61008** | | J | | | | | **575.00** |
| ACCOUNT NO. <br> **Valentine, Et Al.** <br> **PO Bo 325** <br> **Lawrence, MA  01842-0625** | | J | ADT security services | | | | **1,307.00** |
| ACCOUNT NO. <br> **Verizon** <br> **PO Box 9688** <br> **Mission Hills, CA  91346-9688** | | H | telephone service | | | | **600.00** |
| ACCOUNT NO. **xxxx-999** <br> **Verizon** <br> **C/O I.C. Systems, Inc.** <br> **444 Highway 96 East** <br> **St. Paul, MN  55164** | | J | phone bill | | | | **360.00** |
| ACCOUNT NO. **4016983303185** <br> **Verizon - North** <br> **PO Box 9688** <br> **Mission Hills, CA  91346-9688** | | J | | | | | **850.00** |
| ACCOUNT NO. <br> **Verizon - North** <br> **PO Box 9688** <br> **Mission Hills, CA  91346-9688** | | J | | | | | **360.00** |
| ACCOUNT NO. **286-338-400** <br> **Victoria Secrets** <br> **PO Box 659728** <br> **San Antonio, TX  78265-9728** | | J | various | | | | **350.00** |

Sheet no. ___**33**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,402.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                     Case No. _____
                                          Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **150860**<br>**Voss, Michaels, Lee**<br>**PO Box 1829**<br>**Holland, MI  49422-1829** | | J | | | | | **500.00** |
| ACCOUNT NO. **12-11-201-003**<br>**Winnebago County Collector**<br>**PO Box 1216**<br>**Rockford, IL  61105-1216** | | J | **ERP Builders** | | | | **9,829.00** |
| ACCOUNT NO. **12-02-401-005**<br>**Winnebago County Collector**<br>**PO Box 1216**<br>**Rockford, IL  61105-1216** | | J | **ERP Builders - property taxes** | | | | **7,356.00** |
| ACCOUNT NO. **063472**<br>**Woolpert, Inc.**<br>**PO Box 641998**<br>**Cincinatti, OH  45264-1998** | | J | **AP - Dixon Subdivision Engineering** | | | | **3,500.00** |
| ACCOUNT NO. **286-338-400**<br>**World Financial Network**<br>**PO Box 182125**<br>**Columbus, OH  43218-2125** | | J | **various** | | | | **300.00** |
| ACCOUNT NO. **BR48536396**<br>**Zurich North America**<br>**135 South LaSalle St, Dept 8712**<br>**Chicago, IL  60674** | | J | **insurance premiums** | | | | **unknown** |
| ACCOUNT NO. **7982130141354123**<br>**Zwicker & Associates**<br>**80 Minuteman Rd.**<br>**Andover, MA  01810-1031** | | J | **Lowes/GE Capital** | | | | **15,000.00** |

Sheet no. ____**34**____ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                   (Total of this page) $ **36,485.00**

                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **6,624,798.51**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.** _____ Case No. _____
Debtor(s)          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Spider Tatoos** | **Lease - It is believed the corporation in which the debtors had an interest would be obligated on most if not all of the creditors listed on Schedule F.** |
| **Accent Hair & Nails**<br>**622 S. State Street**<br>**Belvidere, IL 61008** | **Lease - It is believed that the corporation in which the debtors had an interest would be obligated on most if not all of the creditors listed on Scheduled F.** |
| **Kevin Hyser** | **lease - It is believed the corporation in which the debtors had an interest would be obligated on most if not all of the creditors listed on Schedule F.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
_____
Debtor(s)                                                                        (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

**IN RE** Pleasnick, Todd E. & Pleasnick, Jacqueline M.                                    Case No. _____

Debtor(s)                                                                (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**20** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Driver** | |
| Name of Employer | **Acme Transport Service 81 St. Anthony Parkwa** | **end Point, Inc.** |
| How long employed | **5 months** | **2 months** |
| Address of Employer | **Minneapolis, MN  55418** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---:|---:|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 1,886.96 | $ 2,686.67 |
| 2. Estimated monthly overtime | $ | | $ 251.90 |
| **3. SUBTOTAL** | $ | 1,886.96 | 2,938.57 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | 345.85 | $ 520.56 |
| b. Insurance | $ | | $ |
| c. Union dues | $ | | $ |
| d. Other (specify) _____ | $ | | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 345.85 | $ 520.56 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 1,541.11 | $ 2,418.01 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance | | | |
| (Specify) **Unemployment** | $ | | $ 628.00 |
| _____ | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
| (Specify) _____ | $ | | $ |
| _____ | $ | | $ |
| _____ | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ 628.00 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 1,541.11 | $ 3,046.01 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ _____ 4,587.12

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**\*\* Received unemployment months of Nov., Dec. and Jan. for a total of $3,768.00 - not longer receiving benefits.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Pleasnick, Todd E. & Pleasnick, Jacqueline M.</u>     Case No. _____

Debtor(s)         (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,267.57 |
|    a. Are real estate taxes included?    Yes ✓ No ____ | |
|    b. Is property insurance included?    Yes ✓ No ____ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 280.00 |
|    b. Water and sewer | $ 20.00 |
|    c. Telephone | $ 300.00 |
|    d. Other   **Dish & Internet** | $ 320.00 |
|                **Garbage Pickup** | $ 17.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 450.00 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 455.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ 382.00 |
|    e. Other | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
|                           | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 722.88 |
|    b. Other  **Equity Line** | $ 40.00 |
|                     | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
|         _____ | $ |
|         _____ | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    **$ 4,629.45**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 4,587.12 |
|    b. Average monthly expenses from Line 18 above | $ 4,629.45 |
|    c. Monthly net income (a. minus b.) | $ -42.33 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Pleasnick, Todd E. & Pleasnick, Jacqueline M.**                    Case No. _____
Debtor(s)                                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____49 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 29, 2009** _____    Signature: **/s/ Todd E. Pleasnick** _____
                                             **Todd E. Pleasnick**                                             Debtor

Date: **June 29, 2009** _____    Signature: **/s/ Jacqueline M. Pleasnick** _____
                                             **Jacqueline M. Pleasnick**                                 (Joint Debtor, if any)
                                             [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                        _____
                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois, Western Division**

IN RE:                                                                                          Case No. _____

**Pleasnick, Todd E. & Pleasnick, Jacqueline M.** _____      Chapter **7** _____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT          SOURCE
    **-4,761,293.00   2008 - income**
    **85,992.00   2007**

---

**2. Income other than from employment or operation of business**

None
☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Jennifer Stevens v. Todd Pleasnick #08 L 48** | **Monies owed** | **17th Judicial Circuit - Boone County** | **Pending** |
| **Target National Bank v. Pleasnick #08 SC 425** | **collections** | **17th Judicial Circuit - Boone County, IL** | **Judgment** |
| **Associated Bank v. Pleasnick** | **foreclosure** | **17th Judicial Circuit - Winnebago County** | |
| **Lamar Corp. v. Pleasnick #08 AR 102** | **Monies owed** | **17th Judicial Circuit - Boone County, IL** | **Judgment - $15,812.50** |
| **Meyer Paving v. Pleasnick #08 SC 1187** | **collections** | **DeKalb County, IL** | **judgment - $5915.00** |
| **Scott Prutton v. Pleasnick #08 SC 1214** | **monies owed** | **DeKalb County, IL** | **Judgment - $1948.76** |

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **National City Bank C/O Weltman, Weinberg & Reis Co. 180 North LaSalle St., #2400 Chicago, IL 60601** | **10/29/08** | **Foreclosure action #08 CH 475** |
| **Associated Bank C/O Attorney Matthew Hevrin PO Box 1389 Rockford, IL 61105** | | **Case #07 CH 1350 - Judgment $2,582,716.77** |
| **Castle Bank C/O Attorney Brad Waller 2045 Aberdeen Court, Suite A Sycamore, IL 60178** | **Judgment entered 4/23/09** | **Case #08 CH 350 (1066 Rose) and 08 CH 351 (1077 Alexandria)** |
| **Engle & Swinson Concrete 16134 Melms Road Marengo, IL 60152** | | **Case #08 CH 320** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joseph D. Olsen** 1318 East State St. Rockford, IL  61104 | | **1,501.00** |
| **wages** | | |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bush Gardens Two, Inc.** | | **622 South State Street Belvidere, IL  61008** | **tavern/resturant** | |
| **ERP Builders, Inc.** | | **1948 Gateway Center Dr. Belvidere, IL** | **construction** | |
| **Rivershore Builders, Inc.** | | | **construction** | |
| **AMP Builders** | | **1948 Gateway Center Dr. Belvidere, IL** | **Construction** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☑ None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

☐ None  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Frank Neubauer & Co., Inc.**<br>**1020 N. Milwaukee Ave., #117**<br>**Deerfield, IL  60015** | **2006-2008** |

**Todd And Jacqueline Pleasnick**
**2611 Francis**
**Belvidere, IL  61008**

☑ None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☐ None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Frank Neubauer & Co.**
**1020 N. Milwaukee Ave., #117**
**Deerfield, IL  60015**

☑ None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

☑ None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☑ None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

☑ None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☑ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

☑ None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☑ None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **June 29, 2009**  _____   Signature  */s/ Todd E. Pleasnick* _____
of Debtor                                        **Todd E. Pleasnick**

Date: **June 29, 2009**  _____   Signature  */s/ Jacqueline M. Pleasnick* _____
of Joint Debtor                                  **Jacqueline M. Pleasnick**
(if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois, Western Division**

IN RE:                                                                    Case No. _____

Pleasnick, Todd E. & Pleasnick, Jacqueline M.                             Chapter **7** _____
_____
*Debtor(s)*

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Associated Bank** | **Describe Property Securing Debt:**<br>**622 S. State Street (4) unit commercial bldg. (1) bar (3) lease** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Midwest Bank** | **Describe Property Securing Debt:**<br>**2004 F250** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Spider Tatoos** | **Describe Leased Property:**<br>**Lease - It is believed the corporation in which the debtors had** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:**<br>**Accent Hair & Nails** | **Describe Leased Property:**<br>**Lease - It is believed that the corporation in which the debtors** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

____ **3** continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____**June 29, 2009**_____    **/s/ Todd E. Pleasnick** _____
                                     Signature of Debtor

                                     **/s/ Jacqueline M. Pleasnick** _____
                                     Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

### PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Midwest Bank** | **Describe Property Securing Debt:**<br>**2007 F350** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Midwest Bank** | **Describe Property Securing Debt:**<br>**2005 Explorer** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**National City Bank** | **Describe Property Securing Debt:**<br>**2534 Franics St., Belvidere, IL (rental) - in foreclosure** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

### PART B – Continuation

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Kevin Hyser** | **Describe Leased Property:**<br>**lease - It is believed the corporation in<br>which the debtors had** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**National City Bank** | **Describe Property Securing Debt:**<br>**2611 Francis St., Belvidere, IL (residence)** |

Property will be *(check one)*:
☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt    ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Old Second  Bank** | **Describe Property Securing Debt:**<br>**2534 Franics St., Belvidere, IL (rental) - in foreclosure** |

Property will be *(check one)*:
☑ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Old Second Bank** | **Describe Property Securing Debt:**<br>**2611 Francis St., Belvidere, IL (residence)** |

Property will be *(check one)*:
☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt    ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

Continuation sheet ___**2**___ of ___**3**___

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Prairie Community Bank** | **Describe Property Securing Debt:**<br>**622 S. State Street (4) unit commercial bldg. (1) bar (3) leases** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**3**___ of ___**3**___

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois, Western Division**

IN RE:                                                          Case No. _____

Pleasnick, Todd E. & Pleasnick, Jacqueline M.                  Chapter **7**_____
　　　　　　　　　　　Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **175**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **June 29, 2009**_____    */s/ Todd E. Pleasnick*_____
　　　　　　　　　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　*/s/ Jacqueline M. Pleasnick*_____
　　　　　　　　　　　　　　　　　Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Pleasnick, Todd E.
2611 Francis Street
Belvidere, IL  61008

American Express
PO BoX 360001
Ft. Launderdale, FL  33336-0001

Attorney Dennise Riley
412 W. Washington Street
Oregon, IL  61061

Pleasnick, Jacqueline M.
2611 Francis Street
Belvidere, IL  61008

American Express Gold
Box 001
Los Angeles, CA  90096

Attorney Rober Lowe
202 W. State St., Suite #110
Rockford, IL  61101

Yalden, Olsen & Willette
1318 E. State St.
Rockford, IL  61104

American Express Gold
Box 0001
Los Angeles, CA  90096

Bank Of America
PO Box 15184
Wilimington, DE  19850

Accent Hair & Nails
622 S. State Street
Belvidere, IL  61008

Andy's Professional Landscaping
4035 S. Perryville Rd.
Cherry Valley, IL  61016

Bank Of America
PO Box 15710
Wilimington, DE  19886-5710

Adel Mobarek
PO Box 364
Dixon, IL  61021

Aralberto Martinez
4484 ?????? Road
Byron, IL  61010

Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL  60188-7410

ADT Security Services
PO Box 551200
Aurora, CO  32255-1200

ARC Design Resources, Inc.
1475 South Perryville Road
Rockford, IL  61108

Big John Portables
2508 N. Maryland Rd.
Polo, IL  61064

ADT Security Services
PO Box 371967
Pittsburgh, PA  15250-7967

Arturg
C/O Doug Brewer
10 W. Terra Cotta
Crystal Lake, IL  60014

Boone County Clerk
601 N. Main St
Belvidere, IL  61008

Advante Bank Corp.
PO Box 8088
Philadelphia, PA  19101-8088

Associated Bank
1305 Main Street
Stevens Point, WI  54481

Boone County Treasurer
601 North Main St.
Belvidere, IL  61008

Aegis Receivable
PO Box 10968
San Rafaces, CA  94912-0968

Associated Bank
C/O Attorney Matthew Hevrin
PO Box 1389
Rockford, IL  61105

Buck Law Office
322 E. Michigan St., 6th Floor
Milwaukee, WI  53202

Alliant Law Group
PO Box 468569
Atlanta, GA  31146

Associated Bank
PO Box 19006
Green Bay, WI  54307-9006

Builders Aluminum
PO Box 498
Warrenville, IL  60555

**Cach, LLC**
**799 Roosevelt Road, Bldg 6, #316A**
**Glen Ellyn, IL  60137**

**City Of Dixon**
**PO Box 386**
**Dixon, IL  61021**

**DeKalb County Collector**
**110 E. Sycamore**
**Sycamore, IL  60178**

**Carpet One**
**5952 North Second St.**
**Loves Park, IL  61111**

**City Of Rockford**
**Payment Center**
**PO Box 1221**
**Rockford, IL  61105-1221**

**DeKalb Mechanical**
**339 Worlitzer Drive**
**DeKalb, IL  60115**

**Carson Pirie Scott**
**PO Box 17264**
**Baltimore, MD  21297-1246**

**City Of Rockford**
**False Alarm Center**
**425 E. State St.**
**Rockford, IL  61104**

**Dimal Premium**
**PO Box 32199**
**Chicago, IL  60632**

**Castle Bank**
**4520 W. Algonquin Rd.**
**Lake In The Hills, IL  60156**

**City Of Rockford**
**Engineering Services**
**3333 Kishwaukee St.**
**Rockford, IL  61126**

**Direct Merchants Bank**
**PO Box 17313**
**Baltimore, MD  21297-1313**

**Cebula Law Offices**
**913 South Fourth St., #204**
**DeKalb, IL  60115**

**City Of Sycamore**
**202 E. Page St.**
**Sycamore, IL  60178**

**Disney Rewards**
**Cardmember Service**
**PO Box 15153**
**Wilmington, DE  19886-5153**

**Central Mutual Insurance**
**800 S. Washington**
**Vanwest, OH  45891-0351**

**ComEd**
**PO Box 61111**
**Carol Stream, IL  60197**

**Dixon Alea Chamber Of Commerce**
**101 West Second Street**
**Dixon, IL  61021**

**Century 21 Country North**
**7210 East State Street**
**Rockford, IL  61108**

**Constitutional Casualty**
**5559 North Elston Ave.**
**Chicago, IL  60630**

**Doty & Sons**
**1275 E. State Street**
**Sycamore, IL  60178**

**Century National Insurance**
**PO Box 3909**
**North Hollywood, CA  91606**

**Credit Collection**
**Tweo Wells Avenue, Dept. 9136**
**Newton, MA  02459**

**E Morge**
**Payment Processing**
**PO Box 1245**
**Newark, NJ  07101-1249**

**Chisamore Drywall**
**PO Box 311**
**Rochelle, IL  61068**

**Creditor Protection Agency**
**13355 Noel Road**
**Dallas, TX  75240**

**Emerge Visa**
**PO Box 105555**
**Atlanta, GA  30348-5555**

**City Of Belvidere**
**401 Whitney Blvd.**
**Belvidere, IL  61008**

**Culligan Of Belvidere**
**PO Box 528**
**Dixon, IL  61021-0528**

**Encore Management**
**PO Box 3330**
**Olgthe, KS  66063-3330**

**Encore Receivable**
**400 North Rogers Road**
**PO Box 3330**
**Olathe, KS  66063-3330**

**GE Money Bank**
**PO Box 103104**
**Roswell, GA  30076**

**Home Depot Silver Card**
**PO Box 6029**
**The Lakes, NV  88901-6029**

**Engle & Swinson Concrete**
**16134 Melms Road**
**Marengo, IL  60152**

**Gem Blasmis Club**
**PO Box 981400**
**El Paso, TX  79998**

**Horizon Consulting Group**
**44W540 Keslinger Road**
**Elburn, IL  60119**

**ERS Solutions, Inc.**
**PO Box 9004**
**Renton, WA  98057-9004**

**George Weber**
**1218 Rose**
**Sycamore, IL  60178**

**HSBC**
**C/O Sherman Originator, LLC**
**PO Box 10491**
**Greenville, SC  29603**

**Fashion Bug**
**PO Box 319**
**Milford, OH  45150-0319**

**Global Plumbing**
**C/O Holly Roach**
**1066 Rose Drive**
**Sycamore, IL  60178**

**HSBC**
**PO Box 5244**
**Carol Stream, IL  60197-5244**

**FIA Card Services**
**PO Box 22031**
**Greensboro, NC  27420**

**Global Plumbing**
**IN 369 Schrader Road**
**Maple Park, IL  60151**

**HSBC Bank**
**PO Box 80053**
**Salinas, CA  93912-0053**

**First Source Advantage**
**PO Box 628**
**Buffalo, NY  14240-0628**

**GMAC**
**PO Box 78369**
**Phoenix, AZ  85062-8369**

**HSBC Card Services**
**PO Box 37281**
**Baltimore, MD  21297-3281**

**Ford Credit**
**PO Box 689007**
**Franklin, TX  37068**

**Gordon Food Service**
**PO Box 1320**
**Grand Rapids, MI  49501-1320**

**I.C. Sytems, Inc.**
**444 Highway 96 East**
**St. Paul, MN  55164-0437**

**Frank Neubauer & Co.**
**1020 N. Milwaukee Ave., #117**
**Deerfield, IL  60015**

**Hart Excavation**
**7388 South Locust Road**
**Rochelle, IL  61068**

**Illinois Environmental Protection Agency**
**1021 N. Grand Avenue**
**Springfield, IL  62794-9276**

**Frank Tabor**
**C/O Tony Ragano**
**PO Box 397**
**Bloomingdale, IL  60108**

**Hausman Kunkel Ins.**
**40 South Prospect**
**Roselle, IL  60172**

**Insight**
**PO Box 740273**
**Cincinnati, OH  45294-0273**

**G.E. Money Bank**
**PO Box 103104**
**Atlanta, GA  30076**

**Heavner, Scott, Beyer Et Al.**
**PO Box 740**
**Decatur, IL  62525**

**J&S Lanwcare**
**13800 South State - Route 23**
**Waterman, IL  60556**

Jan Mansfield
7210 E. State Street
Rockford, IL  61108

Kohl's
PO Box 3004
Milwaukee, WI  53201-3004

MACCARB
4616 W. Main Street
West Dundee, IL  60118

JC Penney
PO Box 981131
El Paso, TX  79998

Kristi Stoll
1127 Alexandria Dr.
Sycamore, IL  60178

Macy's
PO Box 689195
Des Moines, IA  50368-9195

JD Insulation
2601 Pleasantview Avenue
Rockford, IL  61108

Lamar Advertising
5551 Corporate Blvd.
Baton Rouge, LA  70808

Macy's
PO Box 6938
The Lakes, NV  88901-6938

Jennifer Stevens
C/O Attorney Russell Luchtenburg
130 S. State St., #308
Belvidere, IL  61008

Lamar Corporation
5101 U.S. Highway 51 South
Janesville, WI  53546-8934

Markell Construction
315 W. Franklin Street
Rockton, IL  61072

John Lynch, P.C.
801 Warrenville Road, Suite #560
Lisle, IL  60532

Lane Bryant
PO Box 659728
San Antonio, TX  78265-9728

MDC Environmental Services
1050 Greenlee Street
Marengo, IL  60152

John Neal
30 Northwoods Blvd., #1005
Columbus, OH  43235-4716

Laurie Dougherty
1190 Rose Drive
Sycamore, IL  60178

Michelle Davis
1210 Rose Drive
Sycamore, IL  60178

Judy Brandt
1712 Popiar Avenue
Hanover Park, IL  60133

Law Office Of Mitchell N. Kay
205 W. Randolp St., #920
Chicago, IL  60606

Midwest Bank
3963 North Perryville Road
Rockford, IL  61109

Kelly Forest
1960 River Drive
Sycamore, IL  60178

Lowe's
PO Box 5301914
Atlanta, GA  30353-0914

Midwest Community Bank
PO Box 689
Freeport, IL  61032

Ken Beck
1200 Pennsylvania
Medota, IL  61342

Lowes Business Account
PO Boxx 530970
Atlanta, GA  30353

Miller Engineering Co.
1616 S. Main St.
Rockford, IL  61102

Kishwaukee Door
PO Box 226A
Malta, IL  60150

M&M Gutters
1352 Everett
Sycamore, IL  60178

Mr. And Mrs. Scott Prutton
1221 Alexandria Dr.
Sycamore, IL  60178

Mutual Management Services
PO Box 4777
Rockford, IL  61110

Old Second  Bank
One Corporate Drive Suite #360
Lake Zurich, IL  60047-8945

Rebecca Doty
1574 Fairway Drive, #102
Naperville, IL  60563

National City Bank
C/O Weltman, Weinberg & Reis Co.
180 North LaSalle St., #2400
Chicago, IL  60601

Old Second Bank
1810 DeKalb Avenue
Sycamore, IL  60178

Robert Beringer
1215 Alexandria
Sycamore, IL  60178

National City Bank
4615 East State Street
Rockford, IL  61108

Omni Credit Services
PO Box 23381
Tampa, FL  33623

Rochelle Disposal
PO Box 268
Rochelle, IL  61068

NCI
2015 Vaughn Road, Suite #400
Kennesaw, GA  30114-7802

Pediatric Associates Of Rockford
PO Box 1555
Rockford, IL  61110

Rock River Ready Mix
PO Box 384
Dixon, IL  61021-0384

NCI Nationwide Credit
PO Box 740640
Atlanta, GA  30374-0640

Pierce Laminated Products, Inc.
2430 North Court Street
Rockford, IL  61103

Rock River Water
3333 Kishwwaukee St.
Rockford, IL  61126

NCo Financial Systems
PO Box 15889
Wilmington, DE  19850-5899

Plaza Associates
PO Box 2769
New York, NY  10116-2769

Rockford Register Star
99 E. State St.
Rockford, IL  61104

NCU Financial Systems
PO Box 15740
Wilmington, DE  19850-5740

Prairie Community Bank
Attorney Brad Waller
2045 Aberdeen Ct., Suite A
Sycamore, IL  60178

Roland Plumbing
28135 Brickville Road
Sycamore, IL  60178

Nicholas & Roseann Panzica
815 Bruce Robert Lane
Hampshire, IL  60140

Proconsulting Services, Inc.
Collections Division
PO Box 66768
Houston, TX  77266-6768

Roman Seckel
Drexdel & Drexdel
201 Houston St., #300
Batavia, IL  60510

NiCor
Aurora, IL  60507

Realtax Developers, Ltd.
PO Box 3021
Peoria, IL  61612-3021

Royer Asphalt
2918 Greenwood Acres Drive
DeKalb, IL  60115

North Shore Agency, Inc.
270 Spagroli Road< Suite #11
Melville, NY  11747-3515

Rebecca Doty
1275 E. State St.
Sycamore, IL  60178

RRCA
201 East 3rd Street
Sterling, IL  61081

**RSS Financial**
**PO Box 2149**
**Addison, TX  75001-2149**

**Target National Bank**
**C/O Freedman & Anselmo**
**PO Box 3228**
**Naperville, IL  60566**

**Verizon - North**
**PO Box 9688**
**Mission Hills, CA  91346-9688**

**S.W. Roofing & Construction**
**25330 Five Points Road**
**Sycamore, IL  60178**

**Terry And Pam Finkle**
**1327 Garden Court**
**Batavia, IL  60510**

**Victoria Secrets**
**PO Box 659728**
**San Antonio, TX  78265-9728**

**Safco Insurance Company Of America**
**PO Box 11223**
**Tacoma, WA  98411-0223**

**TNT Painting**
**1304 10th Avenue**
**Belvidere, IL  61008**

**Voss, Michaels, Lee**
**PO Box 1829**
**Holland, MI  49422-1829**

**Sam's Club-Discover**
**PO Box 960013**
**Orlando, FL  32896-0013**

**Tony Ragano**
**PO Box 397**
**Bloomingdale, IL  60108**

**Winnebago County Collector**
**PO Box 1216**
**Rockford, IL  61105-1216**

**Sanimax**
**PO Box 10067**
**Green Bay, WI  54307-0067**

**Top Shelf Custom Closets**
**306 N. Alpine Road**
**Rockford, IL  61107**

**Woolpert, Inc.**
**PO Box 641998**
**Cincinatti, OH  45264-1998**

**Scott And Sheri Prution**
**1221 Alexandria**
**Sycamore, IL  60178**

**Turano Baking Co.**
**36749 Eagle Way**
**Chicago, IL  60678-1367**

**World Financial Network**
**PO Box 182125**
**Columbus, OH  43218-2125**

**SKO Brenner American**
**PO Box 9320**
**Baldwin, NY  11510**

**United Sanitation**
**6862 Belford Industrial Avenue**
**Belvidere, IL  61008**

**Zurich North America**
**135 South LaSalle St, Dept 8712**
**Chicago, IL  60674**

**Solomon & Solomon**
**Columbia Circle**
**Box 15019**
**Albany, NY  12212-5019**

**Valentine, Et Al.**
**PO Bo 325**
**Lawrence, MA  01842-0625**

**Zwicker & Associates**
**80 Minuteman Rd.**
**Andover, MA  01810-1031**

**Stock Lumber**
**13578 Collection Center Drive**
**Chicago, IL  60693**

**Verizon**
**PO Box 9688**
**Mission Hills, CA  91346-9688**

**Supra**
**4001 Fairview Industrial Dr.**
**Salem, OR  93702**

**Verizon**
**C/O I.C. Systems, Inc.**
**444 Highway 96 East**
**St. Paul, MN  55164**